UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KENNETH J. FERNANDEZ,<br><br>　　　　　Respondent. | NO. EDCV 14-1710-GW (JEM)<br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 17, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_George H. Wu_　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE